United States District Court
Southern District of Texas

**ENTERED**

July 16, 2026

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

HANDY A. A [1],                           §
    Petitioner,                      §
                                    §
                                    §
v.                                        §    CIVIL ACTION NO. 1:26-cv-725
                                    §
WARDEN, PORT ISABEL DETENTION §
CENTER,                                   §
    Respondent.                      §

## **ORDER**

On July 2, 2026, the Court received Petitioner Handy A. A.'s "Emergency Petition for Writ of Habeas Corpus" under 28 U.S.C. § 2241. Dkt. No. 1. While Handy A. A. is the one currently detained in Port Isabel Detention Center, the Petition was filed by Petitioner's brother, Charles J. A. Dkt. No. 1 at 1.

The filing of a civil action in federal court usually requires the payment of a statutory filing fee and any applicable administrative fees. 28 U.S.C. §1914.  No payment has been received.

Petitioner Handy A. A. is **ORDERED** to pay the filing fee[2] of $5.00 for habeas corpus actions OR file an application to proceed *in forma pauperis*, without prepayment of fees, by no later than **July 29, 2026**. The application to proceed *in forma pauperis* is attached to this order for reference. Failure to comply with this order may result in this Court's recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

---

[1] Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the petitioner only by first name and last initial.

[2] An administrative fee does not apply to applications for a writ of habeas corpus. *See* Judicial Conference Schedule of Fees, District Court Miscellaneous Fee Schedule (effective Dec. 1, 2023), available at https://www.uscourts.gov/court-programs/fees/district-court-miscellaneous-fee-schedule (last visited February 4, 2026).

1

The Clerk of Court is **FURTHER DIRECTED** to send Handy A. A. a copy of the AO 240 Form.

Signed July 16, 2026.

Karen Betancourt
United States Magistrate Judge