United States District Court
Southern District of Texas

**ENTERED**

July 16, 2026

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HANDY A. A.[1], | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:26-cv-725 |
| | § | |
| WARDEN, PORT ISABEL DETENTION | § | |
| CENTER, | § | |
|     Respondent. | § | |

## ORDER

On July 2, 2026, the Court received Petitioner Handy A. A.'s "Emergency Petition for Writ of Habeas Corpus." Dkt. No. 1. While Handy A. A. is the one currently detained in the Port Isabel Detention Center, the Petition was filed by Petitioner's brother, Charles J. A. Dkt. No. 1 at 1. Charles J. A. seeks an immediate stay of Handy A. A.'s removal and an order requiring a bond hearing or release if removal is not imminent. *Id*. at 2.

The Court first considers whether it has jurisdiction to hear this case because it is not clear from the § 2241 Petition whether Charles J. A. satisfies the requirements to represent Handy A. A. *See id.*

A pro se litigant may proceed in federal court as his own counsel. *See* 28 U.S.C. § 1654. But individuals who do not hold a law license generally may not represent other parties. *See Martin v. City of Alexandria*, 198 F. App'x. 344, 346 (5th Cir. 2006) ("[B]ecause *pro se* means to appear for one's self, a person cannot appear on another person's behalf in the other's cause.") (quoting *Iannaccone v. Law*, 142 F.3d 553, 558 (2d Cir. 1978). Despite filing this § 2241 Petition and proceeding on behalf of Handy A. A., Charles J. A. does not allege or show that he is an attorney licensed to practice law in the State of Texas or any federal court in the United States. Dkt. No. 1.

---

[1] Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the petitioner only by first name and last initial.

The federal habeas statutes do provide an exception to the general rule that individuals who do not hold a law license may not represent other parties, known as "next friend" status. 28 U.S.C. § 2242; *Weber v. Garza*, 570 F.2d 511, 513 (5th Cir. 1978). However, "next friend" standing is not granted automatically. *Whitmore v. Arkansas*, 495 U.S. 149, 163 (1990). Crucially, it may not "be so abused as to unleash on the courts a quasi-professional group of lay writ writers who would seek to right all wrongs, both real and imagined." *Weber*, 570 F.2d at 514.

To proceed and properly establish himself as "next friend" of Handy A. A., Charles J. A. must: (1) explain why Handy A. A. cannot prosecute this case on his own at this time; (2) establish that he is truly dedicated to the best interests of Handy A. A.; and (3) demonstrate a significant relationship to Handy A. A. *Whitmore*, 496 U.S. 149 at 163. It is Charles J. A.'s burden to establish "the propriety of [his] status and thereby justify the jurisdiction of the court." *Id.* at 164. If he fails to do so, this Court is without jurisdiction, and the § 2241 Petition must be dismissed. *Id.*; *see also Weber*, F.2d at 514 (explaining that "when the application for habeas corpus filed by a would be "next friend" does not set forth an adequate reason or explanation of the necessity for resort to the "next friend" device, the court is without jurisdiction to consider the petition."); *Romanov v. Frink*, No. H-25-3133, 2025 WL 2162290, at *3 (S.D. Tex. July 30, 2025) (J. Lake).

Charles J. A. is hereby **ORDERED** to respond as outlined above and show cause why this action should not be dismissed for lack of jurisdiction by **no later than <u>July 29, 2026</u>**.

However, Handy A. A. can proceed on his own behalf, pro se, if he wishes to do so, <u>by filing a completed copy of the AO 242 form by **no later than July 29, 2026.**</u>

The Clerk of Court is **DIRECTED** to send a copy of this order to:

(1) Handy A. A., whose listed address is Port Isabel Detention Center, 27991 Buena Vista Blvd, Los Fresnos TX 78566; and

(2) Charles J. A., whose listed address is 124 66th Street, West New York, NJ 07093.

The Clerk of Court is **FURTHER DIRECTED** to send Handy A. A. a copy of the AO 242 Form.

Signed on July 16, 2026.

Karen Betancourt
United States Magistrate Judge