United States District Court
Southern District of Texas
**ENTERED**
October 28, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HANDY ALBERTO ARREAGA-VIVAR, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-00725 |
| | § | |
| WARDEN, PORT ISABEL DETENTION CENTER, | § | |
| | § | |
| | § | |
| Respondent. | § | |

**ORDER**

Before the Court is the Magistrate Judge's "Report and Recommendation to Dismiss Habeas Petition" (Dkt. No. 18) ("R&R"). The R&R recommends that the Court dismiss this case for lack of jurisdiction without prejudice to refiling. Dkt. No. 18 at 3.

The R&R was published and sent to Petitioner by certified mail on October 2, 2026. The certified mail receipt indicates that the R&R was delivered on October 7, 2026, and objections to the R&R were thus due on October 21, 2026. Since no objections were filed to the magistrate's ruling, the Court reviews the magistrate judge's conclusions for clear error. *See Guillory v. PPG Indus.*, 434 F.3d 303, 308 (5th Cir. 2005).

Finding no clear error, abuse of discretion, or finding contrary to law, the R&R (Dkt. No. 18) is **ADOPTED**. The "Emergency Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241" (Dkt. No. 1) is **DISMISSED** without prejudice. The Clerk of the Court is hereby **ORDERED** to close this case.

SIGNED this October 28, 2026

Rolando Olvera
United States District Judge